IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:17CR123 (Judge Mazzant) |
| PEGGY ANN MIJARES (3) | § | |

## **NOTICE OF AMENDED ELEMENTS OF THE OFFENSE**

You are charged in Count One of the Information with a violation of Title 21, United States Code, Section 846, conspiracy to distribute and possess with intent to distribute methamphetamine. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. That you and one or more persons, in some way or manner made an agreement to commit the crime charged in the Information, that is, to intentionally distribute and possess with the intent to distribute and dispense less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine;

2. That you knew the unlawful purpose of the agreement and joined in it with the intent to further it.

3. That you joined in the agreement willfully; that is, with the intent to further its unlawful purpose.

4. That the overall scope of the conspiracy involved distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine; and

5. That you knew or reasonably should have known that the scope of the conspiracy involved distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine.

Respectfully submitted,

ALAN R. JACKSON
UNITED STATES ATTORNEY

*/s/ Maureen Smith*
MAUREEN SMITH
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 00787247
Telephone: 903/868-9454
Facsimile: 903/892-2792

Maureen.Smith@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on this the 31st day of January, 2018, and defense counsel was notified by electronic notification.

*/s/ Maureen Smith*
MAUREEN SMITH