


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO. 4:17CR123 |
| | § | (Judge Mazzant) |
| PEGGY ANN MIJARES (3) | § | |

## FACTUAL BASIS

The defendant, **Peggy Ann Mijares**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant **Peggy Ann Mijares**, who is changing her plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That **Peggy Ann Mijares** and one or more other persons in some way or manner made an agreement to commit the crime charged in the Information; to knowingly and intentionally distribute and possess with the intent to distribute and dispense methamphetamine.

4. That **Peggy Ann Mijares** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Peggy Ann Mijares** knowingly and intentionally joined in the agreement with the intent to further it and committed the following acts, among others:

   a. On or about February 14, 2017, a search warrant executed on the residence of ~~Marcus Dale Smallwood and~~ **Peggy Ann Mijares** resulted in the seizure of approximately 40 grams of a mixture or substance containing a detectable amount of methamphetamine, digital scales, and other drug paraphernalia.

b. Throughout the course of the conspiracy, **Peggy Ann Mijares** possessed with the intent to distribute at least 40 grams of a mixture or substance containing a detectable amount of methamphetamine.

## DEFENDANT 'S SIGNATURE AND ACKNOWLEDGMENT

9. I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 1/5/18

*Peggy Mijares*
PEGGY ANN MIJARES
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and Information.

Dated: 1-5-18

KEITH WILLEFORD
Attorney for the Defendant